United States District Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 7:20-CR-240-2 |
| | § | |
| EVARISTO SEPULVEDA | § | |

## FINAL ORDER OF FORFEITURE

The Court has considered the United States' Motion for Final Order of Forfeiture [Doc. No. 390] and grants the motion.

The Court signed a Preliminary Order of Forfeiture on November 19, 2021. The order is final as to the Defendant, Evaristo Sepulveda upon sentencing.

Notice of forfeiture was published for at least 30 consecutive days on an official government internet site, and more than 60 days have passed since the first date of publication of the order. The Court takes notice that no party has filed a timely third-party petition asserting a claim to any of the property listed below, and any third parties are barred from making a claim and are in default pursuant to Title 21 U.S.C. §853(n)(7).

Upon consideration of the law and the record in this case, the Court now orders the following:

1. The following property is forfeited to the United States:

    A. The real property, improvements, and appurtenances located at 27 Midway, Rio Grande City, Texas and legally described as follows:

    Lot Seven (7) Midway Acres S/D,
    Property Description: Starr County
    Property ID: 94626, Geographic ID: 11963-00000 00700-000000.

2. Defendants' right, title, or interest in the property, is forfeited by this Order.

3. All persons who could claim any right, title, or interest in or to the currency being forfeited in this Order are held in default.

4. The Drug Enforcement Administration and/or the Department of Homeland Security Investigations, both agencies of the United States of America, shall be responsible for providing notice of this Order as provided by statute and disposing of said property in a commercially reasonable manner with the proceeds of sale distributed in the following order of priority:

    i. To the costs of seizure, custodianship, and sale of the property;

    ii. To all ad valorem taxes and interest due on the subject real properties through the date of Final Order of Forfeiture, together with interest thereafter as allowed by law;

    iii. To the United States to be disposed in accordance with applicable law.

**IT IS FURTHER ORDERED** that the United States District Court for Southern District of Texas shall retain jurisdiction in the case for the purpose of enforcing this Order.

THIS IS A FINAL ORDER OF FORFEITURE.

SO ORDERED May 12, 2022, at McAllen, Texas.

Randy Crane
United States District Judge